918

No. 10–873. SAENZ ET AL. v. CITY OF MCALLEN, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–973. SMITH v. FRIEDMAN ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 10–977. CAPITAL ONE BANK (USA), N. A. v. RUBIO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED. C. A. 9th Cir. Certiorari denied.

No. 10–983. ANDERSON v. KITCHEN ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–985. OGBODIEGWU v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 10–1066. RODRIGUEZ v. UNITED STATES TAX COURT. C. A. D. C. Cir. Certiorari denied.

No. 10–1071. AHMADI v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 10–1081. FRIEDLANDER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–1094. THOMAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–1095. WEBSTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7434. GONZALEZ-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7588. PETSOULES v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 10–7815. DALE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–7817. DELEON-ARCHILA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.